IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ERNEST KRAMME                                              PLAINTIFF

V.                      Civil No. 05-2072

SAFELITE GROUP, INC.,
SAFELITE FULFILLMENT, INC.,
SAFELITE GLASS CORPORATION,
and SAFELITE AUTOGLASS, INC.                               DEFENDANTS

# J U D G M E N T

For reasons set forth in the Memorandum Opinion, filed contemporaneously herewith, Defendants' motion for summary judgment (Doc. 11) is GRANTED, and Plaintiff's complaint is DISMISSED WITH PREJUDICE. **The parties have thirty days from entry of this judgment on the docket in which to appeal**.

IT IS SO ORDERED this 22nd day of November 2006.

                                    /s/ Robert T. Dawson
                                    Honorable Robert T. Dawson
                                    United States District Judge